**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.   4:19CR00386 HEA/PLC |
| ) | |
| THOMAS HOBBS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri and Tracy Lynn Berry, Assistant United States Attorney for said district, and moves to dismiss the pending indictment without prejudice.

Accordingly, the United States moves to dismiss above-styled indictment without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

s/ Tracy Lynn Berry
TRACY LYNN BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

1


## **CERTIFICATE OF SERVICE**

    I, TRACY L. BERRY, Assistant United States Attorney for the Eastern District of Missouri, hereby certify that a copy of the foregoing pleading has been sent through the court's electronic case filing system to: Justin A. Kuehn Esq. and Stephen C. Williams, Esq.

    This 3rd day of July, 2019.

                                                      s/ Tracy L. Berry
                                                      TRACY L. BERRY
                                                      Assistant United States Attorney

SO ORDERED:

                                                                  Date: _____

HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE